UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH MANUEL and VIVIEN GROSSMAN,
on behalf of themselves, all others similarly situated,
and the general public,

                        Plaintiffs,

      -against-                                 17 **CIVIL** 7955 (PAE)
                                                      **JUDGMENT**

PEPSI-COLA COMPANY,
                     Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 17, 2018, defendant Pepsi-Cola Company's ("PepsiCo") motion to dismiss plaintiffs' First Amended Complaint ("FAC") is granted, and the complaint is dismissed in its entirety with prejudice, subject of course to plaintiffs' right to bring future claims based on different or changed circumstances; plaintiff's request for oral argument is also denied as moot, and the case is closed.

**Dated:** New York, New York
           May 17, 2018

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court
                                     **BY:**
                                                          Deputy Clerk

                                                     THIS DOCUMENT WAS ENTERED
                                                     ON THE DOCKET ON 5/17/2018